UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-101-1-F
No. 5:12-CV-472-F

| | |
|---|---|
| KEVIN PERCELL LYONS, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

The court having allowed Sue Genrich Berry to withdraw as counsel of record herein upon her motion [DE-59] alerting the court that petitioner wishes to represent himself, it hereby is ORDERED, that petitioner, Kevin Percell Lyons, shall file his Response to the Government's Motion to Dismiss [DE-57] his § 2255 motion within **forty (40) days** of the date of this order.

***Lyons is cautioned that his failure to do so may result in an order allowing the Government's motion to dismiss as uncontested, and entry of summary dismissal of Lyons' § 2255 motion.***

SO ORDERED

This, the 15th day of August, 2012.

JAMES C. FOX
Senior United States District Judge