UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-101-1-F
No. 5:12-CV-472-F

| | | |
|---|---|---|
| KEVIN PERCELL LYONS, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Kevin Percell Lyons' request that the Government's Motion to Dismiss [DE-57] be allowed is GRANTED. It therefore is ORDERED that Lyons' Motion to Vacate, Set Aside or Correct his conviction or sentence [DE-55] is DENIED and this action is DISMISSED pursuant to the Government's motion at Lyons' request.

SO ORDERED

This, the 22nd day of August, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge