IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:05-CR-101-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEVIN P. LYONS | ) | |

In response to this Court's order [DE 77], defendant has notified the Court that he does not wish his letter [DE 73] to be construed as a motion pursuant to 28 U.S.C. § 2255 and that he wishes to withdraw the letter. [DE 78]. The Court accepts defendant's withdrawal of his letter and will take no further action on the matter.

SO ORDERED, this __8__ day of December, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE